UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-6024 FMO (RAOx) | Date | February 1, 2018 |
|---|---|---|---|
| Title | Elijah Bey v. Mosaic Sales Solutions US Operating Co., LLC, et al. | | |


Present: The Honorable     **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**          **(In Chambers) Order to Show Cause Re: Sanctions or Dismissal**

Pursuant to the Scheduling and Case Management Order issued on March 1, 2017, the parties were required to complete a settlement conference before a private mediator no later than September 1, 2017. (See Dkt. 25, Court's Order of March 1, 2017, at 17). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.).

After the parties failed to comply with the requirements set forth above, the court issued an Order to Show Cause ("OSC") requiring the parties to show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of March 1, 2017. (See Dkt. 33, OSC). Based on plaintiff's response to the OSC, the court sanctioned plaintiff's counsel on October 17, 2017. (See Dkt. 37, Court's Order of October 17, 2017, at 1). The court also set January 16, 2018 as the deadline to complete a settlement conference before a private mediator. (See id. at 2).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **February 8, 2018**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of October 17, 2017. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |