**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-6024 FMO (RAOx) | Date | February 14, 2018 |
|---|---|---|---|
| Title | Elijah Bey v. Mosaic Sales Solutions US Operating Co., LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Order to Show Cause Re: Sanctions or Dismissal

Having reviewed the parties' responses to the Order to Show Cause issued on February 1, 2018, IT IS ORDERED THAT counsel for the parties shall appear before the court on **Thursday, February 22, 2018, at 10:00 a.m.** in Courtroom 6D at 350 W. 1st Street, Los Angeles, California 90012.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |